# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

Debtor: **SHERLONDA STANDFIELD**  SSN: XXX-XX-**9258**  CASE NO. **16-13240**
Joint Debtor: _____  SSN: XXX-XX-_____  Median Income: ☐ Above ☑ Below
Address: **1013 Evelyn St**
**Tupelo, MS 38801**

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured and priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of ____60____ months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A) Debtor shall pay $____523.00____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☑ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
**Mississippi Methodist Senior Services**
**2800 W Main St**
**Tupelo, MS 38801**

(B) Joint Debtor shall pay $_____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
_____
_____
_____

**PRIORITY CREDITORS.**
Filed claims which are not disallowed are to be paid in full or as ordered by the Court as follows:
Internal Revenue Service:     $_____ at $_____/month
Mississippi Dept. of Revenue: $_____ at $_____/month
Other/_____:             $_____ at $_____/month

**DOMESTIC SUPPORT OBLIGATION.** DUE TO: _____
_____

POST PETITION OBLIGATION: In the amount of $_____ per month beginning _____.
To be paid ☐ direct, ☐ through payroll deduction, or ☐ through the plan.

PRE-PETITION ARREARAGE: In the total amount of $_____ through _____ which shall be paid in the amount of $_____ per month beginning _____.
To be paid ☐ Direct, ☐ through payroll deduction, or ☐ through the plan.

**HOME MORTGAGES.** All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

Mtg pmts to **Wells Fargo Home Mortga**  Beginning **12/01/2016**  @ $ **597.00**  ☑ Plan ☐ Direct
Mtg pmts to _____  Beginning _____  @ $ _____  ☐ Plan ☐ Direct
Mtg pmts to _____  Beginning _____  @ $ _____  ☐ Plan ☐ Direct

Mtg arrears to **Wells Fargo Home Mortga**  Through **11/01/2016**  $ **2,388.00**  @ $ **39.80** /mo
Mtg arrears to _____  Through _____  $ _____  @ $ _____ /mo
Mtg arrears to _____  Through _____  $ _____  @ $ _____ /mo

Debtor's Initials _____    Joint Debtor's Initials _____    Chapter 13 Plan, Page 1 of _____

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**

Creditor:_____ Approx. amt. due: _____ Int. Rate: _____
Property Address: _____ Are related taxes and/or insurance escrowed ☐Yes ☐No

Creditor:_____ Approx. amt. due: _____ Int. Rate: _____
Property Address: _____ Are related taxes and/or insurance escrowed ☐Yes ☐No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) pursuant to 11 U.S.C. § 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| Santander Consumer | 2011 Lincoln MKS |  | $8,499.00 | $12,345.00 | 5 | AMT. OWED |
| Danco Finance | 52 ich RCA HD Flatscr |  | $1,995.00 | $800.00 | 5 | AMT. OWED |
| Title Cash | 2008 Buick Lucerne |  | $856.00 | $4,554.00 | 5 | AMT. OWED |

* The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**SPECIAL PROVISIONS** which may apply to any or all payments to be paid through the plan, including, but not limited to, adequate protection payments:
_____
_____
_____

**GENERAL UNSECURED CLAIMS** total approximately $____21,854.00____. Such claims must be *timely filed* and not disallowed to receive payment as follows:_____ IN FULL (100%), __10__ %(percent) MINIMUM, or a total distribution of $____2,185.00____, with the Trustee to determine the percentage distribution. *Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.*

Debtor's Initials _____    Joint Debtor's Initials _____    Chapter 13 Plan, Page 2 of _____

| | | |
|---|---|---|
| Total attorney fee charged: | $ | 3,200.00 |
| Attorney fee previously paid: | $ | 0.00 |
| Attorney fee to be paid in plan: | $ | 3,200.00 |

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

Automobile Insurance Co/Agent

Telephone/Fax:_____

Attorney for Debtor (Name/Address/Phone/Email)
**Catherine Umberger**
**PO Box 9**
**Tupelo, MS 38808**

Telephone No. 662-841-8844
Facsimile No. 662-680-3178
Email address tlj@mayfieldlawfirm.com

DATED: 10/06/2016          DEBTOR'S SIGNATURE          **/s/Sherlonda Standfield**

JOINT DEBTOR'S SIGNATURE

ATTORNEY'S SIGNATURE          **/s/Catherine Umberger**

Chapter 13 Plan, Page 3 of _____

Effective: October 1, 2011

## CERTIFICATE OF SERVICE

**I, Catherine Umberger,** the undersigned counsel, do hereby certify that I have this day served a true and correct copy of the foregoing **Amended Chapter 13 Plan and Notice to Creditors** via electronic e-mail and/or United States mail, postage prepaid, upon the following:

See attached list of Creditors

DATED: October 6, 2016

/s/ Catherine Anne Umberger

CATHERINE UMBERGER, ESQ

**NOTICE TO ALL CREDITORS YOU HAVE 21 DAYS TO OBJECT TO THE AMENDED PLAN BY FILING AN OBJECTION WITH THE BANKRUPTCY COURT AT : UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF MS, THAD COCHRAN U.S. COURTHOUSE, 703 HWY 145 NORTH, ABERDEEN, MS 39730.**