

**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI

In re:  STANDFIELD, SHERLONDA                                  Case No.: 16--13240

Debtor                                                                              Chapter 13

## ORDER GRANTING MOTION AND NOTICE (DKT#25) TO MODIFY PLAN

This matter came before the Court on Debtors' Motion to Modify Plan after notice and opportunity for hearing had been provided, and there being no response, so therefore the Debtor's Motion is Sustained.

It is therefore Ordered, Adjudged, and Decreed that the Debtor's Motion to Modify Plan is GRANTED and that the 2008 Buick be surrendered to Loanmaster in satisfaction of its lien and all claims against debtor and the plan be modified as necessary by the Trustee so that the Plan completes within the 60 month period.

##END OF ORDER##

Submitted by:
Catherine Umberger
Mayfield Law Firm
PO Box 9
Tupelo, MS 38802
662-841-8844
mc@mayfieldlawfirm.com
MS BAR NO: 104458