**Fill in this information to identify the case:**

Debtor 1: Sherlonda Standfield

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Mississippi

Case number: 1613240

## Official Form 410S1
# Notice of Mortgage Payment Change 12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 3

**Date of payment change:**
Must be at least 21 days after date of this notice: 05/01/2019

**New total payment:**
Principal, interest, and escrow, if any: $594.79

**Last 4 digits** of any number you use to identify the debtor's account: 9 7 9 2

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 59.59        New escrow payment: $ 60.36

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   Current mortgage payment: $ _____        New mortgage payment: $ _____

Document      Page 2 of 7

Debtor  Sherlonda Standfield                                    Case number (if known) 16-13240
        First Name    Middle Name    Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗  /s/Brandon Lolwing                                    Date  03/26/2019
   Signature

Print: LOLWING, BRANDON                                   VP Loan Documentation
       First Name    Middle Name    Last Name             Title

Company  Wells Fargo Bank, N.A.

Address  MAC N9286-01Y
         Number          Street
         1000 Blue Gentian Road
         Address 2
         Eagan                              MN        55121-7700
         City                               State     ZIP Code

Contact phone  800-274-7025                  NoticeOfPaymentChangeInquiries@wellsfargo.com
                                             Email

# UNITED STATES BANKRUPTCY COURT

Northern District of Mississippi

Chapter 13 No. 1613240
Judge: Selene D. Maddox

In re:

Sherlonda Standfield

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before March 27, 2019 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor:  By U.S. Postal Service First Class Mail Postage Prepaid

Sherlonda Standfield
1013 Evelyn St

Tupelo MS 38801

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Debtor's Attorney:  By U.S. Postal Service First Class Mail Postage Prepaid

Catherine Anne Umberger
Mayfield Law Firm
PO BOX 9

Tupelo MS 38802

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Trustee:  By U.S. Postal Service First Class Mail Postage Prepaid

Terre M. Vardaman
Trustee
P. O. Box 1326

Brandon MS 39043

/s/Brandon Lolwing

VP Loan Documentation

Wells Fargo Bank, N.A.



**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

**Escrow Review Statement**
*For informational purposes only*

**Statement Date:** March 11, 2019
**Loan number:**
**Property address:**
  1013 EVELYN STREET
  TUPELO MS 38801-6805

### Customer Service

**Online**
wellsfargo.com

**Telephone**
1-800-340-0473

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

**To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

SHERLONDA STANFIELD GILLARD
1013 EVELYN STREET
TUPELO MS 38801

**PLEASE NOTE:** *If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:
- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.

- **Payments:** As of the **May 1, 2019** payment, the contractual portion of the escrow payment **increases**.

> The escrow account has a shortage of
> **$5.39**

## Part 1 - Mortgage payment

### Option 1 — Pay the shortage amount over 12 months

| | Previous payment through 04/01/2019 payment date | New payment beginning with the 05/01/2019 payment |
|---|---|---|
| **Principal and/or interest** | $534.43 | $534.43 |
| **Escrow payment** | $59.59 | $60.36 |
| **Total payment amount** | $594.02 | $594.79 |

**Option 1: No action required**

Starting **May 1, 2019** the new contractual payment amount will be **$594.79**

### Option 2 — Pay the shortage amount of $5.39

| | Previous payment through 04/01/2019 payment date | New payment beginning with the 05/01/2019 payment |
|---|---|---|
| **Principal and/or interest** | $534.43 | $534.43 |
| **Escrow payment** | $59.59 | $59.91 |
| **Total payment amount** | $594.02 | $594.34 |

**Option 2: Pay shortage in full**

Starting **May 1, 2019** the new contractual payment amount will be **$594.34**

See Page 2 for additional details.



**Note:** *If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this coupon is being provided for informational purposes only. If your Chapter 13 plan calls for your Chapter 13 Trustee to make the on-going post-petition mortgage payments, please contact your attorney or the Trustee's office before directly sending any amounts relating to this escrow shortage*

SHERLONDA STANFIELD GILLARD

Wells Fargo Home Mortgage
PO Box 51120
Los Angeles, CA 90051-5420

If you choose to pay the shortage in full as referenced in Option 2, detach this coupon and mail it along with a check for $5.39 to the address that appears on this coupon.

This payment must be received no later than **May 1, 2019**.

708         9 10 02 00059402 00059434 00059941 00000539 2

## Part 2 - Payment calculations

You have a shortage of $5.39. For the past review period, the projected amount of your escrow items was $718.92. For the coming year, the projected amount to be paid from your escrow is $718.92.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 10/16 - 09/17 (Actual) | 05/17 - 04/18 (Actual) | 05/18 - 03/19 (Actual) | 05/19 - 04/20 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $715.11 | $715.11 | $718.92 | $718.92 | ÷ | 12 | = | $59.91 |
| **Property insurance** | $0.00 | $0.00 | $0.00 | $0.00 | ÷ | 12 | = | $0.00 |
| **Total taxes and insurance** | $715.11 | $715.11 | $718.92 | $718.92 | ÷ | 12 | = | $59.91 |
| **Escrow shortage** | $0.00 | $97.51 | $0.00 | $5.39 | ÷ | 12 | = | $0.45** |
| **Total escrow** | $715.11 | $812.62 | $718.92 | $724.31 | ÷ | 12 | = | $60.36 |

**This amount is added to the payment if Option 1 on page 1 is selected.

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance  January, 2020 |   | $114.43 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Minimum balance for the escrow account† | - | $119.82 | (Calculated as: $59.91 X 2 months) |
| **Escrow shortage** | = | **-$5.39** |  |

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12. We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

## Part 3 - Escrow account projections

Escrow account projections from May, 2019 to April, 2020

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Apr 2019 | | | Starting balance | $294.16 | $299.55 |
| May 2019 | $59.91 | $0.00 | | $354.07 | $359.46 |
| Jun 2019 | $59.91 | $0.00 | | $413.98 | $419.37 |
| Jul 2019 | $59.91 | $0.00 | | $473.89 | $479.28 |
| Aug 2019 | $59.91 | $0.00 | | $533.80 | $539.19 |
| Sep 2019 | $59.91 | $0.00 | | $593.71 | $599.10 |
| Oct 2019 | $59.91 | $0.00 | | $653.62 | $659.01 |
| Nov 2019 | $59.91 | $0.00 | | $713.53 | $718.92 |
| Dec 2019 | $59.91 | $0.00 | | $773.44 | $778.83 |
| Jan 2020 | $59.91 | $718.92 | LEE COUNTY (5) | $114.43 | $119.82 |
| Feb 2020 | $59.91 | $0.00 | | $174.34 | $179.73 |
| Mar 2020 | $59.91 | $0.00 | | $234.25 | $239.64 |
| Apr 2020 | $59.91 | $0.00 | | $294.16 | $299.55 |
| Totals | $718.92 | $718.92 | | | |

## Part 4 - Escrow account history

Escrow account activity from May, 2018 to April, 2019

| Date | Deposits to escrow - Actual | Projected | Difference | Payments from escrow - Actual | Projected | Difference | Description | Escrow balance - Actual | Projected | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| May 2018 | | | | | | | Starting Balance | -$40.60 | $297.98 | -$338.58 |
| May 2018 | $135.44 | $59.59 | $75.85 | $0.00 | $0.00 | $0.00 | | $94.84 | $357.57 | -$262.73 |
| Jun 2018 | $67.72 | $59.59 | $8.13 | $0.00 | $0.00 | $0.00 | | $162.56 | $417.16 | -$254.60 |
| Jul 2018 | $67.72 | $59.59 | $8.13 | $0.00 | $0.00 | $0.00 | | $230.28 | $476.75 | -$246.47 |
| Aug 2018 | $67.72 | $59.59 | $8.13 | $0.00 | $0.00 | $0.00 | | $298.00 | $536.34 | -$238.34 |
| Sep 2018 | $59.59 | $59.59 | $0.00 | $0.00 | $0.00 | $0.00 | | $357.59 | $595.93 | -$238.34 |
| Oct 2018 | $59.59 | $59.59 | $0.00 | $0.00 | $0.00 | $0.00 | | $417.18 | $655.52 | -$238.34 |
| Nov 2018 | $59.59 | $59.59 | $0.00 | $0.00 | $0.00 | $0.00 | | $476.77 | $715.11 | -$238.34 |
| Dec 2018 | $59.59 | $59.59 | $0.00 | $0.00 | $0.00 | $0.00 | | $536.36 | $774.70 | -$238.34 |
| Jan 2019 | $59.59 | $59.59 | $0.00 | $718.92 | $715.11 | $3.81 | LEE COUNTY (5) | -$122.97 | $119.18 | -$242.15 |
| Feb 2019 | $59.59 | $59.59 | $0.00 | $0.00 | $0.00 | $0.00 | | -$63.38 | $178.77 | -$242.15 |
| Mar 2019 (estimate) | $297.95 | $59.59 | $238.36 | $0.00 | $0.00 | $0.00 | | $234.57 | $238.36 | -$3.79 |
| Apr 2019 (estimate) | $59.59 | $59.59 | $0.00 | $0.00 | $0.00 | $0.00 | | $294.16 | $297.95 | -$3.79 |
| Totals | $1,053.68 | $715.08 | $338.60 | $718.92 | $715.11 | $3.81 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801   4/18